**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

J.P. OWENS, JR.,

       Plaintiff,

vs.                                      Case No.: 5:08cv30-SPM/WCS

E.M.S. ADMINISTRATIONS, et al.,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes for consideration upon the Magistrate Judge's Report and Recommendation.  (doc. 14)  The parties have been furnished a copy and have been afforded an opportunity to file objections.  To date, no objections have been filed.

On December 17, 2008, the Magistrate Judge issued an order instructing Plaintiff to file an amended Complaint. In that order, Plaintiff was warned that failure to comply with the order may result in a recommendation of dismissal of this action.

Plaintiff failed to amend the Complaint as ordered.  As a result, the Magistrate Judge has recommended that Plaintiff's case be dismissed without prejudice.  Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation (doc. 14) is

**adopted** and incorporated by reference in this order.

2.      This case is **dismissed without prejudice** for Plaintiff's failure to

comply with a court order and failure to state a claim upon which

relief may be granted.

DONE AND ORDERED this <u>sixth</u> day of March, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge